```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

United States of America,      :

             Plaintiff,         :

      v.                        :

Angelic Y. Myers,               :   COURT NO: 3:01CV01215 (RNC)

             Defendant,         :

       and                      :
Shear Brilliance Beauty Salon

Payroll Department              :
315 York St
West Haven,  CT06516            :

                 Garnishee.    :
```

**EX PARTE APPLICATION FOR**
**WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $3,764.84 and post-judgment interest at the rate of 2.31%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application.  The underlying nature of this debt is a default student loan.  The judgment debtor has failed to make any payment pursuant to said demand.  The total balance due as of November 12, 2003 is $3,948.89.

The judgment debtor, Angelic Y. Myers's, last known address is 177 Meadowbrook Ct. #D, West Haven, Connecticut 06516-7830 and the debtor's social security number is ███████.

The Garnishee is believed to be an employer of the judgment debtor, or the Garnishee otherwise owes or will owe disposable earnings to the judgment debtor and said property is a substantial non exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:

    name:   **Shear Brilliance Beauty Salon**
 address:   **Payroll Department**
              **315 York St**
              **West Haven, CT 06516**
   phone:

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FED BAR NO. CT 03393

```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,       :

            Plaintiff,          :

     v.                         :

Angelic Y. Myers,               :    COURT NO: 3:01CV01215 (RNC)

            Defendant,          :

       and                      :
Shear Brilliance Beauty Salon
Payroll Department              :
315 York St
West Haven, CT 06516            :

            Garnishee.          :
```

**WRIT OF GARNISHMENT**

An application for a Writ of Garnishment against the property of Angelic Y. Myers, judgment debtor, has been filed with the Court by Assistant United States Attorney Christine Sciarrino, United States Attorney Office, Connecticut Financial Center 157 Church Street, New Haven, Connecticut 06510. A Judgment has been entered against the defendant, whose last known address is 177 Meadowbrook Ct. #D, West Haven, Connecticut 06516-7830. As a result of this Judgment, the defendant is indebted to the United States in the sum of $3,948.89, plus costs and interest, computed through November 12, 2003. The underlying nature of this debt is a default student loan.

You are required by law to answer under oath, whether or not you have in your custody, control or possession, any compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise and includes

periodic payments pursuant to a pension or retirement program, and/or other nonexempt disposable earnings to be disbursed to or on behalf of Angelic Y. Myers.

Please indicate in your Answer whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly or monthly.

You must file the original Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Court at 450 Main Street, Hartford, Connecticut 06103. Additionally, you are required by law to serve a copy of the Answer upon the debtor at 177 Meadowbrook Ct. #D, West Haven, 17 06516-7830 and upon Assistant United States Attorney Christine Sciarrino.

You are hereby commanded to satisfy the judgment by garnishing twenty-five percent (25%) of the debtor's nonexempt disposable earnings pursuant to 28 U.S.C. §3205.

You are hereby commanded to immediately withhold any compensation that may be subject to garnishment.

Furthermore, if there is no objection or request for hearing filed with the Court, or the deadline for filing a request for hearing or other responsive pleading has expired, you are further commanded to immediately commence garnishment by sending checks made payable to "Department of Justice" and referencing the docket number and debtor's name to: United States Attorney's Office, Financial Litigation Unit, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510.

2

If you fail to answer this Writ or fail to withhold nonexempt disposable earnings pursuant to either the Federal Debt Collection Procedures Act, 28 U.S.C. §3001, et seq. or any other property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non exempt property.

Under the law, there is certain compensation which may be exempt from this Writ of Garnishment. A list of federal and state exemptions is provided in the accompanying Clerk's Notice.

Pursuant to 15 U.S.C. § 1674, the Garnishee is prohibited from discharging the defendant from employment by reason of the fact that the judgment debtor's earnings are been subject to garnishment for any one indebtedness.

It is unlawful to pay or deliver to the defendant any item attached by this Writ. If you fail to answer as directed, or if you unlawfully dispose of any item attached by this Writ, or if you fail to withhold and disburse property to the Government as ordered by this Writ, judgment may be rendered against you for the full amount of plaintiff's claim against the defendant in this action.

SO ORDERED.

Dated at Hartford, Connecticut, on this _____ day of _____, 2003.

_____
Robert N. Chatigny
United States District Judge

Case 3:01-cv-01215-RNC    Document 9    Filed 11/14/2003    Page 7 of 7